FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MAQUILACERO S.A. de C.V. and )<br>TECNICAS DE FLUIDOS S.A. de C.V., )<br>)<br>  *Plaintiffs*, )<br>)<br>  v. )<br>)<br>THE UNITED STATES, )<br>)<br>  *Defendant*. )<br>) | **Court No. 23-00091**<br><br>**SUMMONS** |

TO: The Attorney General and the U.S. Department of Commerce:

 PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

             **/s/ Mario Toscano**
             Clerk of the Court

1. **Name and Standing of Plaintiffs**

 Plaintiffs in this action are Maquilacero S.A. de C.V. ( "Maquilacero") and Tecnicas de Fluidos S.A. de C.V. ("TEFLU"). Maquilacero is a foreign producer of light-walled rectangular pipe and tube from Mexico (the "subject merchandise"). TEFLU is a producer and exporter of automotive parts made from light-walled rectangular pipe and tube from Mexico.  Plaintiffs Maquilacero and TEFLU actively participated in the antidumping duty proceeding before the U.S. Department of Commerce ("Commerce") upon which the contested determination was based and are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).  Therefore, Plaintiffs have standing to commence this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii) and 1516a(g)(3)(A)(i).

FORM 3-1

2. **Brief Description of Contested Determination**

   Plaintiffs contest certain findings of fact and conclusions of law made by the U.S. Department of Commerce and contained in *Light-Walled Rectangular Pipe and Tube From Mexico: Final Results of Antidumping Duty Administrative Review; 2020–2021*, 88 Fed. Reg. 15665 (Dep't Commerce Mar. 14, 2023).

3. **Date of Determination**

   The contested final antidumping duty results were issued by the Department of Commerce on March 7, 2023.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

   The final results of the antidumping duty review for the period 2020-2021 were published on March 14, 2023.

                                            Respectfully submitted,


                                            **/s/ Diana Dimitriuc Quaia**
                                            Diana Dimitriuc Quaia

                                            ARENTFOX SCHIFF LLP
                                            1717 K Street, NW
                                            Washington, DC 20006-5344
                                            (202) 857-6291

                                            *Counsel to Maquilacero S.A. de C.V. & Tecnicas de Fluidos S.A. de C.V.*


Dated:  May 3, 2023

## SERVICE OF SUMMONS BY THE CLERK

SERVICE OF SUMMONS BY THE CLERK If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept . 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017).

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y.  10278

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C.  20230

AFDOCS:27334492.3