UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| MAQUILACERO S.A. DE C.V. AND TECNICAS DE FLUIDOS S.A. DE C.V., <br><br> Plaintiffs, <br><br> and <br><br> PERFILES LM, S.A. DE C.V. <br><br> Consolidated-Plaintiff <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> NUCOR TUBULAR PRODUCTS, INC. <br><br> Defendant-Intervenor. | Consol. Ct. No. 23-00091 |

BRIEF OF PERFILES LM, S.A. DE C.V. IN SUPPORT OF
ITS RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

WINTON & CHAPMAN PLLC
1100 13th Street, NW, Suite 825
Washington, D.C. 20005
(202) 774-5500

Attorneys for Perfiles LM, S.A. de C.V.

September 28, 2023

## Table of Contents

|  |  | Page |
|---|---|---|
| STATEMENT PURSUANT TO RULE 56.2(C)(1) | | 2 |
| A. | Administrative Determination under Review | 2 |
| B. | Issues of Law and Summary of Reasons for Reversing Commerce's Determination | 2 |
| ARGUMENT | | 3 |
| CONCLUSION | | 3 |

Table of Authorities

Page

ADMINISTRATIVE DETERMINATIONS

*Light-Walled Rectangular Pipe and Tube from Mexico:*
   *Final Results of Antidumping Duty Administrative Review;*
   *2020-2021*, 88 Fed. Reg. 15,665 (March 14, 2023) ....................................................... 2

*Light-Walled Rectangular Pipe and Tube from Mexico:*
   *Amended Final Results of Antidumping Duty Administrative*
   *Review; 2020-21*, 88 Fed. Reg. 30723 (May 12, 2023) .................................................. 2

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| MAQUILACERO S.A. DE C.V. AND TECNICAS DE FLUIDOS S.A. DE C.V., <br><br> Plaintiffs, <br> and <br><br> PERFILES LM, S.A. DE C.V. <br> Consolidated-Plaintiff <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br> and <br><br> NUCOR TUBULAR PRODUCTS, INC. <br><br> Defendant-Intervenor. | Consol. Ct. No. 23-00091 |

BRIEF OF PERFILES LM, S.A. DE C.V. IN SUPPORT OF
ITS RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

This brief is submitted on behalf of Perfiles LM, S.A. de C.V. ("Perfiles") to contest the final determination by the U.S. Department of Commerce ("Commerce") in the 2020-2021 administrative review of the antidumping order on Light-Walled Rectangular Pipe and Tube from Mexico.

STATEMENT PURSUANT TO RULE 56.2(C)(1)

A. Administrative Determination under Review

Commerce's notice of the final determination in the 2020-2021 antidumping duty administrative review of Light-Walled Rectangular Pipe and Tube from Mexico was published in the Federal Register on March 14, 2023.[1] Commerce's discussion of the issues raised in the final results was set forth in a separate memorandum dated March 7, 2023.[2]

B. Issues of Law and Summary of Reasons for
Reversing Commerce's Determination

1. Whether Commerce's calculation of the mandatory respondents' dumping margin was arbitrary and capricious, unsupported by substantial evidence on the record, or otherwise not in accordance with law?

Commerce treated Perfiles as a non-examined respondent and assigned Perfiles an antidumping duty rate of 5.32 percent, based on the weighted-average of the dumping margins found by Commerce for the "mandatory" respondents Maquilacero S.A. de C.V. ("Maquilacero")/Tecnicas de Fluidos S.A. de C.V. ("TEFLU") and Regiomontana de Perfiles y Tubos S. de R.L. de C.V.[3] We understand that Maquilacero and TEFLU are making arguments in their brief to the Court explaining that Commerce's calculation of

---

[1] *See Light-Walled Rectangular Pipe and Tube from Mexico: Final Results of Antidumping Administrative Review; 2020-2021*, 88 Fed. Reg. 15,665 (March 14, 2023) (Public Record ("PR") 151); *See also Light-Walled Rectangular Pipe and Tube from Mexico: Amended Final Results of Antidumping Duty Administrative Review; 2020-21*, 88 Fed. Reg. 30723 (May 12, 2023) (PR-160).

[2] *See* Issues and Decision Memorandum for the Final Determination of the Antidumping Duty Administrative Review of Light-Walled Rectangular Pipe and Tube from Mexico; 2020-2021 (March 7, 2023) (PR-146).

[3] *See Light-Walled Rectangular Pipe and Tube from Mexico: Amended Final Results of Antidumping Duty Administrative Review; 2020-21*, 88 Fed. Reg. 30723, 30724 (May 12, 2023) (PR-160).

their antidumping duty rate was contrary to law and to the evidence on the record. In the interest of brevity, we will not repeat those explanations, but incorporate them by reference.

ARGUMENT

Commerce's decision to include in its calculations sales of further-processed downstream auto parts made by Maquilacero's affiliated producer TEFLU, its failure to modify its computer program to account for physical and commercial differences in the products made by Maquilacero and TEFLU, its improper decision to collapse Maquilacero with TEFLU, its improper classification of Maquilacero and TEFLU's virtual export sales as home-market sales, and its application of its differential pricing analysis were not in accordance with law. As mentioned, we understand that Maquilacero and TEFLU are making arguments in their brief to the Court explaining that Commerce's calculation of their dumping rate in the 2020-2021 review of Light-Walled Rectangular Pipe and Tube from Mexico was contrary to law and to the evidence on the record. In the interest of brevity, we will not repeat those explanations, but incorporate them by reference. If the Court agrees with the claims presented by Maquilacero and TEFLU, it should direct Commerce to recalculate the weighted-average dumping margin that was assigned to Perfiles as well.

CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant Perfiles's motion for judgment on the agency record, and remand this matter to Commerce for disposition in a manner consistent with the judgment of this Court

Respectfully submitted,

<u>/s/Jeffrey M. Winton</u>

Jeffrey M. Winton
Michael J. Chapman
Amrietha Nellan
Vi N. Mai
Jooyoun Jeong
Ruby Rodriguez

W<small>INTON</small> & C<small>HAPMAN</small> PLLC
1100 13th Street NW, Suite 825
Washington, D.C.  20005
(202) 774-5500

Attorneys for Perfiles LM, S.A. de C.V.

September 28, 2023

CERTIFICATE OF COMPLIANCE

      Pursuant to the Court's "Standard Chambers Procedures," I, Jeffrey M. Winton, hereby certify that the word count function of the word-processing system used to prepare the foregoing response indicates that the brief contains 586 words including headings, footnotes, and quotations, but not including the cover, caption, table of contents, table of authorities, any addendum containing statutes, rules or regulations, any certificates of counsel, and counsel's signature block.

      /s/   Jeffrey M. Winton

September 28, 2023