**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |  |
|---|---|---|
| MAQUILACERO S.A. de C.V. and TECNICAS DE FLUIDOS S.A. de C.V., | ) ) ) ) | |
| *Plaintiffs*, and | ) ) ) ) | |
| PERFILES LM, S.A. DE C.V. | ) ) ) | |
| *Consolidated-Plaintiff*, v. | ) ) ) ) | Consol. Court No. 23-00091 |
| THE UNITED STATES, | ) ) ) | |
| *Defendant*, and | ) ) ) ) | |
| NUCOR TUBULAR PRODUCTS, INC., | ) ) ) | |
| *Defendant-Intervenor*. | ) ) ) | |

**PLAINTIFFS MAQUILACERO S.A. DE C.V. AND TECNICAS DE FLUIDOS S.A. DE C.V.'S NOTICE OF SUBSEQUENT AUTHORITIES**

Plaintiffs Maquilacero S.A. de C.V. ("Maquilacero") and Tecnicas de Fluidos S.A. de C.V. ("TEFLU") respectfully submit the U.S. Court of Appeals for the Federal Circuit's ("Federal Circuit") decisions in *Marmen Inc. v. United States*, No. 23-1877, slip op. (Fed Cir. Apr. 22, 2025) (**Attachment 1**) and *Stupp Corp. v. United States*, No. 23-1663, slip op. (Fed. Cir. Apr. 23, 2025) (**Attachment 2**) as subsequent authorities in this matter. While the Rules of the U.S. Court of International Trade do not explicitly contemplate the filing of subsequent authorities, the Court regularly accepts filings notifying the Court of subsequent authorities. *See, e.g.*, *Siemens Gamesa Renewable Energy v. United States*, 621 F. Supp. 3d 1337, 1344–45 (Ct. Int'l Trade 2023) (relying on the plaintiff's notice of subsequent authority).

AFSDOCS:302456095.1

As explained in Plaintiffs' motion for judgment on the agency record, it was

unreasonable for Commerce to rely on its differential pricing methodology ("DPM")—including

the Cohen's *d* test—to determine whether Maquilacero and TEFLU engaged in targeted dumping

and, subsequently, to calculate Maquilacero's and TEFLU's dumping margin. Maquilacero S.A.

de C.V. et al v. United States, No. 23-0091 (Ct. Int'l Trade 2023) (motion for judgment on

agency record) at 4, 20, 43-48 ECF No. 31; *see also Light-Walled Rectangular Pipe and Tube*

*From Mexico*, 88 Fed. Reg. 15665 (Dep't Commerce Mar. 14, 2023) (final AD results; 2020-

2021), and accompanying Issues and Decision Memorandum (Dep't Commerce Mar. 7, 2023).

The Federal Circuit's opinions in *Marmen* and *Stupp* settle this issue: Commerce may not use the

Cohen's *d* test when the data sets do not satisfy the essential assumptions articulated in the

statistics literature.  *Marmen*, slip op. at 23.  In *Marmen*, the Federal Circuit held that:

> {W}e conclude that it was unreasonable to rely on Cohen's *d* test to determine
> whether prices differ significantly when the underlying data is not normally
> distributed, equally variable, and equally and sufficiently numerous. Because there
> is no dispute that Marmen's data does not satisfy these assumptions, Cohen's *d* test
> cannot be used here to determine "a pattern of export prices (or constructed export
> prices) for comparable merchandise that differ significantly among purchasers,
> regions, or periods of time." § 1677f-1(d)(1)(B). We therefore vacate Commerce's
> calculated dumping margin based on the unreasonable use of Cohen's *d* test to
> justify the A-to-T methodology. On remand, Commerce may reperform a
> differential pricing analysis, and that analysis may not rely on Cohen's d test for
> data sets like those here.

*Marmen*, slip op. at 24.

As in *Marmen* and *Stupp*, no record evidence suggests that the data in this case satisfy

these statistical assumptions. *Marmen*, slip op. at 23; *see also Stupp*, slip op. at 6.  Consequently,

*Marmen* and *Stupp* require that Commerce reconsider its use of the Cohen's *d* test as part of the

DPM in this case.

Respectfully submitted,

May 1, 2025                              **/s/ Diana Dimitriuc Quaia**
                                        Diana Dimitriuc Quaia
                                        John M. Gurley
                                        Yun Gao
                                        Christian L. Bush

                                        ARENTFOX SCHIFF LLP
                                        1717 K Street, NW
                                        Washington, D.C. 20006
                                        Tel: (202) 857-6291
                                        Fax: (202) 857-6395
                                        Email: diana.dimitriuc-quaia@afslaw.com

                                        *Counsel for Maquilacero S.A. de C.V. and*
                                        *Tecnicas De Fluidos S.A. de C.V.*

AFSDOCS:302456095.1