**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

|  |  |  |
|---|---|---|
| MAQUILACERO S.A. de C.V. and TECNICAS DE FLUIDOS S.A. de C.V., | ) ) ) ) | |
| *Plaintiffs*, and | ) ) ) | |
| PERFILES LM, S.A. DE C.V. | ) ) ) | |
| *Consolidated-Plaintiff*, v. | ) ) ) | Consol. Court No. 23-00091 |
| THE UNITED STATES, | ) ) ) | |
| *Defendant*, and | ) ) ) | |
| NUCOR TUBULAR PRODUCTS, INC., | ) ) ) | |
| *Defendant-Intervenor*. | ) ) | |

**<u>PROPOSED ORDER</u>**

Upon consideration of the Final Results of Redetermination Pursuant to Court Remand ("Second Remand Redetermination") filed on March 16, 2026, ECF No. 83 by the U.S. Department of Commerce ("Commerce"), Plaintiffs' comments opposing the Remand Redetermination, and all other comments, papers and proceedings herein, it is hereby

**ORDERED** that the Second Remand Redetermination is vacated; and it is further

**ORDERED** that Commerce shall issue a revised determination that (1) conforms with the U.S. Court of Appeals for the Federal Circuit's decisions in *Marmen Inc. v. United States*, 134 F.4th 1334 (Fed. Cir. 2025), and *Stupp Corp. v. United States* ("*Stupp II*"), No. 23-1663, 2025 WL 1178392 (Fed. Cir. Apr. 23, 2025) and (2) specifically reconsiders its differential pricing analysis to employ a price difference test for purposes of 19 U.S.C. § 1677f-1(d)(1)(B)

1

that takes account of the record evidence and is calibrated to the specifics of the product and

market in question.

      **SO ORDERED**.


Dated: _____, 2026
     New York, New York                        The Hon. Jennifer Choe-Groves, Judge

AFSDOCS:306006943.1