**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **MAQUILACERO S.A. DE C.V. AND TECNICAS DE FLUIDOS S.A. DE C.V.,**<br><br>**Plaintiffs,**<br><br>**and**<br><br>**PERFILES LM, S.A. DE C.V.,**<br><br>**Consolidated Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**NUCOR TUBULAR PRODUCTS INC.,**<br><br>**Defendant-Intervenor.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Consol. Court No. 23-00091** |

**JUDGMENT**

This case having been duly submitted for decision, and the Court, after due deliberation, having rendered a decision; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the U.S. Department of Commerce's final determination in Light-Walled Rectangular Pipe and Tube from Mexico ("Final Results"), 88 Fed.

Reg. 15,665 (Dep't of Commerce Mar. 14, 2023) (final results of antidumping duty administrative review; 2020–2021), as amended, Final Results of Redetermination Pursuant to Court Remand, ECF No. 83-1, are sustained; and it is further

**ORDERED** that judgment is entered for Defendant United States.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: September 14, 2026
New York, New York